**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

KC  FILED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** ALLEN BENNETT | **Defendant(s):** DONALD A. HULICK, etc., et al. |
| **County of Residence:** RANDOLPH | **County of Residence:** |
| **Plaintiff's Address:**<br>Allen Bennett<br>A-81422<br>Menard - MND<br>P.O. Box 711<br>Menard, IL 62259 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

08CV690
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*  **Date:** 01/31/2008

*Lindberg*
*Denlow*

08C 0689