**FILED**
JAN 3 1 2008 *aew*
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Allen Bennett
_____
Plaintiff

v.

Warden Donald A Hulick
~~Defendant~~(s)
~~Respondent~~

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

*For 3 Petitions Habeas Corpus. State Prisoner*

08CV690
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Allen Bennett**, declare that I am the ☐plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions **under penalty of perjury**:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **A-81422**  Name of prison or jail: **Menard Corr Ctr**
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: **No**

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: **N/A**
   Name and address of employer: **N/A**

   a. If the answer is "No":
      Date of last employment: **June, 2000**
      Monthly salary or wages: **14.00 hour**
      Name and address of last employer: **Northwestern Paper Co. Chicago, Ill.**

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: **N/A**
      Name and address of employer: **N/A**

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount **N/A**  Received by **N/A**

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐ Yes   ☒ No
Amount ___N/A___ Received by ___N/A___

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐ Yes   ☒ No
Amount ___N/A___ Received by ___N/A___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support     ☐ Yes   ☒ No
Amount ___N/A___ Received by ___N/A___

e. ☐ Gifts or ☐ inheritances     ☐ Yes   ☒ No
Amount ___N/A___ Received by ___N/A___

f. ☐ Any other sources (state source: ___None___)     ☐ Yes   ☒ No
Amount ___N/A___ Received by ___N/A___

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
Property: ___N/A___ Current Value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
Address of property: ___N/A___
Type of property: ___N/A___ Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___
Amount of monthly mortgage or loan payments: ___N/A___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?   ☐ Yes   ☒ No
Property: ___N/A___
Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
___Simone Alica Bennett - 10 - daughter___
___Altore Bennett - 11 - son___

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-22-08

*Allen Bennett*
Signature of Applicant

Allen Bennett (A-81422)
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, ALLEN BENNETT, I.D.# A81422, has the sum of $ (1,830.71) on account to his/her credit at (name of institution) MENARD CC. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ -0-. (Add all deposits from all sources and then divide by number of months).

01.22.08
DATE

*Jamie Welborn*
SIGNATURE OF AUTHORIZED OFFICER

JAMIE WELBORN
(Print name)

rev. 7/18/02



Date: 1/22/2008  
Time: 8:06am  
d_list_inmate_trans_statement_composite  

**Menard Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement  

Page 1

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: A81422;   Active Status Only ? : No;   Print Restrictions ? : Yes;  
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: A81422 Bennett, Allen**             **Housing Unit: MEN-N2-04-52**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | -16.28 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 | | P/R month of 08/2007 | .00 | -16.28 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 | | P/R month of 09/2007 | .11 | -16.17 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | .00 | -16.17 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 | | P/R month of 11/2007 | .00 | -16.17 |
| 01/07/08 | Payroll | 20 Payroll Adjustment | 007159 | | P/R month of 12/2007 | .00 | -16.17 |

|  |  |
|---|---|
| Total Inmate Funds: | -16.17 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1,814.54 |
| Funds Available: | -1,830.71 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/03/2005 | 100508 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 06/03/2005 | 100746 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 06/07/2005 | 101194 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $5.30 |
| 06/08/2005 | 101445 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 06/08/2005 | 101454 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 06/10/2005 | 101674 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.06 |
| 06/10/2005 | 101697 | Disb | A81422 Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 06/14/2005 | 102066 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $2.67 |
| 06/15/2005 | 102206 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $1.40 |
| 06/15/2005 | 102207 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $3.40 |
| 06/15/2005 | 102208 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $7.80 |
| 06/15/2005 | 102209 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $0.60 |
| 06/15/2005 | 102210 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $0.70 |
| 06/15/2005 | 102211 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $2.50 |
| 06/15/2005 | 102212 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $14.00 |
| 06/15/2005 | 102213 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $2.80 |
| 06/15/2005 | 102214 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $1.20 |
| 06/15/2005 | 102215 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $0.60 |
| 06/15/2005 | 102216 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $0.60 |
| 06/15/2005 | 102217 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $1.40 |
| 06/15/2005 | 102218 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $0.20 |
| 06/15/2005 | 102219 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $12.40 |
| 06/15/2005 | 102220 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $1.50 |
| 06/15/2005 | 102221 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $2.00 |

Date: 1/22/2008
Time: 9:06am
d_list_inmate_trans_statement_composite

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: A81422;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: A81422 Bennett, Allen**                                **Housing Unit: MEN-N2-04-52**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/15/2005 | 102222 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $2.00 |
| 06/15/2005 | 102223 | Disb | A81422 Library-Danville | 2 DOC - Library Copies | $0.70 |
| 06/15/2005 | 102224 | Disb | A81422 Library-Lawrence | 2 DOC - Library Copies | $111.55 |
| 06/15/2005 | 102225 | Disb | A81422 Legal Postage-Lawrence | 99999 DOC: 523 Fund Reimbursements | $122.58 |
| 06/15/2005 | 102226 | Disb | A81422 Medical Co-Pay-Lawrence | 99999 DOC: 523 Fund Reimbursements | $22.00 |
| 06/22/2005 | 102944 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 06/24/2005 | 103209 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $4.75 |
| 06/27/2005 | 103311 | Disb | A81422 Library | 2 DOC - Library Copies | $13.80 |
| 06/29/2005 | 103773 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $4.75 |
| 06/29/2005 | 103813 | Disb | A81422 Library | 2 DOC - Library Copies | $13.75 |
| 07/08/2005 | 104576 | Disb | A81422 Library | 2 DOC - Library Copies | $29.70 |
| 07/08/2005 | 104798 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $14.14 |
| 07/08/2005 | 104799 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $6.26 |
| 07/20/2005 | 106050 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.52 |
| 07/22/2005 | 106266 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.49 |
| 07/25/2005 | 106506 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 07/25/2005 | 106512 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.83 |
| 07/27/2005 | 106878 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 07/29/2005 | 107060 | Disb | A81422 Library | 2 DOC - Library Copies | $12.40 |
| 07/29/2005 | 107137 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.95 |
| 07/29/2005 | 107138 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.04 |
| 08/05/2005 | 107808 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.13 |
| 08/08/2005 | 108045 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 08/08/2005 | 108046 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 08/10/2005 | 108376 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 08/17/2005 | 108942 | Disb | A81422 Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 08/17/2005 | 108975 | Disb | A81422 Library | 2 DOC - Library Copies | $2.50 |
| 08/17/2005 | 109131 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.98 |
| 08/17/2005 | 109144 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.13 |
| 08/17/2005 | 109145 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $2.67 |
| 08/22/2005 | 109423 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 08/30/2005 | 120472 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 09/01/2005 | 120841 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.98 |
| 09/06/2005 | 121005 | Disb | A81422 Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 09/06/2005 | 121110 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.49 |
| 09/08/2005 | 121296 | Disb | A81422 Library | 2 DOC - Library Copies | $1.20 |
| 09/09/2005 | 121630 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 09/09/2005 | 121631 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.83 |
| 09/09/2005 | 121632 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 09/19/2005 | 122675 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.98 |
| 09/20/2005 | 122705 | Disb | A81422 Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |

Date: 1/22/2008
Time: 9:06am
d_list_inmate_trans_statement_composite

# Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 08/01/2007 thru End; Inmate: A81422; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: A81422 Bennett, Allen**                                    **Housing Unit: MEN-N2-04-52**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/21/2005 | 122969 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.83 |
| 09/29/2005 | 123697 | Disb | A81422 Library | 2 DOC - Library Copies | $2.60 |
| 10/03/2005 | 124282 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.52 |
| 10/03/2005 | 124283 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.66 |
| 10/07/2005 | 124811 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $4.75 |
| 10/07/2005 | 124829 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.49 |
| 10/11/2005 | 125026 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $4.75 |
| 10/11/2005 | 125027 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $4.75 |
| 10/11/2005 | 125028 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.85 |
| 10/12/2005 | 125079 | Disb | A81422 Library | 2 DOC - Library Copies | $53.50 |
| 10/17/2005 | 125884 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 10/20/2005 | 126326 | Disb | A81422 Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 10/27/2005 | 127232 | Disb | A81422 Library | 2 DOC - Library Copies | $0.20 |
| 10/28/2005 | 127374 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 10/31/2005 | 127528 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $2.90 |
| 11/03/2005 | 128157 | Disb | A81422 Library | 2 DOC - Library Copies | $0.60 |
| 11/07/2005 | 128511 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.13 |
| 11/07/2005 | 128513 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 11/07/2005 | 128514 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.98 |
| 11/07/2005 | 128576 | Disb | A81422 Library | 2 DOC - Library Copies | $26.70 |
| 11/08/2005 | 128758 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.80 |
| 11/08/2005 | 128759 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.85 |
| 11/08/2005 | 128763 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.85 |
| 11/08/2005 | 128764 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.85 |
| 11/10/2005 | 129028 | Disb | A81422 Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 11/14/2005 | 129416 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.85 |
| 11/15/2005 | 129597 | Disb | A81422 Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 11/21/2005 | 130117 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.95 |
| 11/22/2005 | 130493 | Disb | Library | 2 DOC - Library Copies | $1.70 |
| 11/28/2005 | 130585 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 11/29/2005 | 130763 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.49 |
| 11/29/2005 | 131076 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.83 |
| 11/29/2005 | 131082 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.29 |
| 12/01/2005 | 131489 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $2.12 |
| 12/08/2005 | 132164 | Disb | Library | 2 DOC - Library Copies | $2.00 |
| 12/08/2005 | 132363 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $5.85 |
| 12/12/2005 | 132751 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 12/14/2005 | 133183 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 12/15/2005 | 133460 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 12/15/2005 | 133609 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $3.85 |
| 12/16/2005 | 133744 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.37 |
| 12/21/2005 | 134266 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |

Date: 1/22/2008
Time: 9:06am
d_list_inmate_trans_statement_composite

Menard Correctional Center
Trust Fund
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: A81422;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

Inmate: A81422 Bennett, Allen                                              Housing Unit: MEN-N2-04-52

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/03/2006 | 135315 | Disb | Library | 2 DOC - Library Copies | $0.30 |
| 01/03/2006 | 135515 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Reimbursements | $2.00 |
| 01/03/2006 | 135757 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $1.06 |
| 01/04/2006 | 135908 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $9.50 |
| 01/04/2006 | 135917 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $5.99 |
| 01/04/2006 | 135943 | Disb | Library | 2 DOC - Library Copies | $41.10 |
| 01/10/2006 | 136892 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.60 |
| 01/12/2006 | 137095 | Disb | Legal Postage | 99999 DOC: 523 Fund Reimbursements | $0.63 |
| 01/13/2006 | 137431 | Disb | Library | 2 DOC: 523 Fund Library | $7.50 |
| 01/18/2006 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.35 |
| 01/18/2006 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.06 |
| 01/18/2006 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.35 |
| 01/23/2006 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 01/24/2006 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 01/27/2006 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.52 |
| 01/30/2006 | | Disb | Library | 2 DOC: 523 Fund Library | $69.65 |
| 02/02/2006 | 437 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 02/03/2006 | 489 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $30.53 |
| 02/08/2006 | 1216 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.05 |
| 02/09/2006 | 1359 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 02/15/2006 | 1752 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 02/17/2006 | 1865 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 02/17/2006 | 1982 | Disb | Library | 2 DOC: 523 Fund Library | $4.75 |
| 02/21/2006 | 2095 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 02/24/2006 | 2817 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 02/24/2006 | 2818 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 03/01/2006 | 3443 | Disb | Library | 2 DOC: 523 Fund Library | $20.70 |
| 03/02/2006 | 3946 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 03/08/2006 | 4707 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.22 |
| 03/09/2006 | 4938 | Disb | Library | 2 DOC: 523 Fund Library | $3.20 |
| 03/10/2006 | 5371 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 03/10/2006 | 5372 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.04 |
| 03/14/2006 | 5727 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 03/14/2006 | 5731 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.27 |
| 03/21/2006 | 6592 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 03/29/2006 | 7521 | Disb | Debts due to State (non-postage) | 99999 DOC: 523 Fund Inmate Reimburseme | $16.00 |
| 04/03/2006 | 8242 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.52 |
| 04/05/2006 | 8682 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.52 |
| 04/07/2006 | 8729 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 04/07/2006 | 8936 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 04/11/2006 | 9056 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 04/12/2006 | 9399 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |

Date: 1/22/2008
Time: 9:06am
d_list_inmate_trans_statement_composite

# Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;    Inmate: A81422;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: A81422 Bennett, Allen**                                **Housing Unit: MEN-N2-04-52**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/14/2006 | 9822 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.12 |
| 04/14/2006 | 9823 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.20 |
| 04/21/2006 | 10833 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 04/25/2006 | 11095 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 04/26/2006 | 11382 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 04/27/2006 | 11571 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.26 |
| 04/27/2006 | 11572 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $12.60 |
| 04/28/2006 | 11737 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 05/01/2006 | 11841 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 05/01/2006 | 11965 | Disb | Library | 2 DOC: 523 Fund Library | $1.35 |
| 05/01/2006 | 11996 | Disb | Library | 2 DOC: 523 Fund Library | $8.20 |
| 05/01/2006 | 12055 | Disb | Library | 2 DOC: 523 Fund Library | $58.10 |
| 05/09/2006 | 13325 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.11 |
| 05/10/2006 | 13570 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 05/10/2006 | 13631 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 05/12/2006 | 13847 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 05/16/2006 | 14330 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/16/2006 | 14501 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 05/18/2006 | 15009 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.04 |
| 05/18/2006 | 15017 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.02 |
| 05/19/2006 | 15176 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.55 |
| 05/19/2006 | 15177 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $12.75 |
| 05/24/2006 | 15672 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $8.27 |
| 05/24/2006 | 15691 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.50 |
| 05/30/2006 | 16067 | Disb | Debts due to State (non-postage) | 99999 DOC: 523 Fund Inmate Reimburseme | $5.00 |
| 05/30/2006 | 16198 | Disb | Library | 2 DOC: 523 Fund Library | $61.30 |
| 05/30/2006 | 16224 | Disb | Library | 2 DOC: 523 Fund Library | $15.40 |
| 06/05/2006 | 17213 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.94 |
| 06/15/2006 | 18622 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 06/16/2006 | 18912 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 06/21/2006 | 19452 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.90 |
| 06/27/2006 | 19984 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.02 |
| 06/28/2006 | 10227 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $19.00 |
| 06/29/2006 | 10420 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 07/05/2006 | 10931 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.17 |
| 07/05/2006 | 11072 | Disb | Library | 2 DOC: 523 Fund Library | $2.50 |
| 07/05/2006 | 11120 | Disb | Library | 2 DOC: 523 Fund Library | $3.75 |
| 07/06/2006 | 11335 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.31 |
| 07/10/2006 | 11628 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.70 |
| 07/14/2006 | 12190 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.52 |
| 07/18/2006 | 12529 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.05 |
| 07/18/2006 | 12569 | Disb | Library | 2 DOC: 523 Fund Library | $3.00 |

Date: 1/22/2008
Time: 9:06am
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 6

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: A81422;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: A81422 Bennett, Allen**                                      **Housing Unit: MEN-N2-04-52**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/18/2006 | 12603 | Disb | Library | 2 DOC: 523 Fund Library | $4.55 |
| 07/19/2006 | 15 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.81 |
| 07/19/2006 | 16 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.52 |
| 07/25/2006 | 502 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.11 |
| 07/31/2006 | 865 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 08/01/2006 | 1132 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 08/11/2006 | 2191 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 08/16/2006 | 2541 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 08/17/2006 | 2698 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.50 |
| 08/23/2006 | 3516 | Disb | Legal Postage | 99939 DOC: 523 Fund Inmate Reimburseme | $1.02 |
| 08/25/2006 | 3732 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.65 |
| 08/25/2006 | 3733 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 08/28/2006 | 3863 | Disb | Library | 2 DOC: 523 Fund Library | $44.40 |
| 08/29/2006 | 4020 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 09/06/2006 | 4951 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.87 |
| 09/08/2006 | 5062 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.20 |
| 09/08/2006 | 5063 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.20 |
| 09/08/2006 | 5064 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 09/19/2006 | 6392 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.39 |
| 09/20/2006 | 6576 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.63 |
| 09/26/2006 | 7314 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.11 |
| 09/27/2006 | 7433 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.65 |
| 09/27/2006 | 7434 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.20 |
| 09/27/2006 | 7435 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.20 |
| 07/12/2007 | 37760 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 07/13/2007 | 37893 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/17/2007 | 38249 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.72 |
| 07/17/2007 | 38329 | Disb | Library | 2 DOC: 523 Fund Library | $4.60 |
| 07/19/2007 | 38482 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.99 |
| 07/20/2007 | 38719 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 07/24/2007 | 38874 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/24/2007 | 38899 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.65 |
| 07/25/2007 | 39065 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 07/25/2007 | 39075 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/03/2007 | 40044 | Disb | Library | 2 DOC: 523 Fund Library | $1.60 |
| 08/03/2007 | 40196 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 08/03/2007 | 40212 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.82 |
| 08/03/2007 | 40213 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 08/08/2007 | 40502 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.77 |
| 08/14/2007 | | Disb | Debts due to State (non-postage) | 2901 Pinckneyville Corr. Center | $396.57 |
| 08/15/2007 | 40854 | Disb | Legal Postage | 99939 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 08/16/2007 | 40873 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |

Date: 1/22/2008
Time: 9:06am
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End;   Inmate: A81422;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: A81422 Bennett, Allen**                          **Housing Unit: MEN-N2-04-52**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/20/2007 | 41105 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 08/22/2007 | 41227 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.94 |
| 08/23/2007 | 41362 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.60 |
| 08/23/2007 | 41394 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 08/23/2007 | 41395 | Disb | Library | 2 DOC: 523 Fund Library | $0.45 |
| 08/27/2007 | 41493 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.79 |
| 08/30/2007 | 42006 | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 08/30/2007 | 42019 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 08/31/2007 | 42099 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.30 |
| 09/13/2007 | 43095 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.39 |
| 09/20/2007 | 43503 | Disb | Library | 2 DOC: 523 Fund Library | $1.55 |
| 09/20/2007 | 43505 | Disb | Library | 2 DOC: 523 Fund Library | $1.18 |
| 09/27/2007 | 44342 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.94 |
| 10/02/2007 | 44670 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 10/12/2007 | 45592 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.07 |
| 10/15/2007 | 45650 | Disb | Library | 2 DOC: 523 Fund Library | $2.75 |
| 10/15/2007 | 45651 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 10/24/2007 | 46851 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.60 |
| 10/25/2007 | 46989 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $10.75 |
| 10/25/2007 | 46990 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.77 |
| 10/26/2007 | 47178 | Disb | Library | 2 DOC: 523 Fund Library | $30.35 |
| 10/31/2007 | 47518 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 10/31/2007 | 47660 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/09/2007 | 48739 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $18.86 |
| 11/09/2007 | 48802 | Disb | Library | 2 DOC: 523 Fund Library | $24.85 |
| 11/21/2007 | 49870 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.71 |
| 11/27/2007 | 50291 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.94 |
| 12/05/2007 | 51278 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.94 |
| 12/10/2007 | 51617 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 12/10/2007 | 51675 | Disb | Library | 2 DOC: 523 Fund Library | $1.60 |
| 12/19/2007 | 53155 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 12/20/2007 | 53315 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 12/27/2007 | 53704 | Disb | Library | 2 DOC: 523 Fund Library | $14.45 |
| 01/04/2008 | 54582 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 01/10/2008 | 55123 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |

**Total Restrictions:  $1,814.54**