# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Allen Bennett | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 690 |
| Donald A. Hulick | |

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Bennett's Petition for Writ of Habeas Corpus is transferred to the United States District Court for the Southern District of Illinois.

Michael W. Dobbins, Clerk of Court

Date: 2/5/2008

_____

/s/ Sandra L. Brooks, Deputy Clerk