

**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

February 20, 2008

Mr. Norbert G. Jaworski, Clerk
United States District Court
Post Office Box 249
East St. Louis, IL 62202

**Re:  Bennett v. Hulick et al**
**Case No:   08C690**

Enclosed is the certified electronic record which is being transferred to your court pursuant to an order entered on February 5, 2008, by the Honorable George W. Lindberg.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please contact me if you need assistance. All documents filed prior to electronic filing are included in this transfer package.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

**Michael W. Dobbins, Clerk**

By:     /s/Thelma Murry-Sykes
        Deputy Clerk
        (312) 435-6077

New Case No. _____        Date _____