

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

FILED
MAR 0 3 2008
3-3-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

February 21, 2008

Mr. Norbert G. Jaworski, Clerk
United States District Court
P.O. Box 249
East St. Louis, IL 62202

RE: Bennett v. Hulick et. Al.
Case No: 08C690

Dear Clerk:

Pursuant to the order of entered by Honorable George W. Lindberg on 02/05/08, the above record

- was electronically transmitted to Southern District of Illinois, Urbana on 02/20/08.

- The following paper documents are being transferred to the court by certified mail Document numbers:
  #6   POST MARKED envelope for initiating document by Allen Bennett filed 01/3/1/08.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/Thelma Murry-Sykes
Deputy Clerk

Enclosures

New Case No. 08-120 DRH

**RECEIVED**
Date  FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

c:   Non-ECF Attorneys and Pro se Parties