MHN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>OFMAR ALEXANDER  2-27-08 |
| 1. Article Addressed to:  08C690<br><br>Mr. Norbert G. Jaworski, Clerk<br>United States District Court<br>P.O. Box 249<br>East St. Louis, IL 62202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1940 0001 4995 1762 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
3-3-2008
MAR X 3 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT